AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 1

## UNITED STATES DISTRICT COURT

__SOUTHERN__    District of    __CALIFORNIA__

FILED 2010 DEC 21 PM 4:13
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JORGE SANTOS MARTINEZ-AGUILAR | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 08CR3789JLS<br><br>Timothy Garrison, Federal Defenders Inc.<br>Defendant's Attorney |

REGISTRATION No. 69144198

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No. 1 _____
[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense |

__Supervised Release__ is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 10, 2010
Date of Imposition of Sentence

_/s/ Janis L. Sammartino_
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

08CR3789JLS

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: JORGE SANTOS MARTINEZ-AGUILAR
CASE NUMBER: 08CR3789JLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

6 MONTHS TO RUN CONSECUTIVE TO U.S.D.C. SOUTHERN DISTRICT OF CALIFORNIA CASE 10CR3770-L.

[x] The court makes the following recommendations to the Bureau of Prisons:
THAT HE BE DESIGNATED TO A MEDICAL FACILITY THAT WILL MEET THE MEDICAL NEEDS OF HIS RIBS AND FOOT.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ [ ] a.m. [ ] p.m. on _____.
  as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

08CR3789JLS